# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KATHY HADDIX** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:18-cv-662-ECM |
| | ) |
| **TEACHERS INSURANCE CO.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## OPINION AND ORDER

On December 14, 2018, the Magistrate Judge entered a Recommendation that NEFCO's Motion to Dismiss (Doc. 2) be granted, Williams's Motion to Dismiss (Doc. 3) be granted, and Plaintiff's Motion to Remand (Doc. 15) be denied. (Doc. 36). On December 21, 2018, the Plaintiff filed objections to the Report and Recommendation of the Magistrate Judge. (Doc. 38). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the Plaintiff's objections. Upon an independent review of the file in this case and for good cause, it is

ORDERED as follows:

1. The Plaintiff's objections be and are hereby OVERRULED.

2. The Recommendations of the Magistrate Judge be and are hereby ADOPTED.

3. Defendants' motions to dismiss (Doc. 2, 3) be and are hereby GRANTED.

4. The Plaintiff's motion to remand (Doc. 15) be and is hereby DENIED.

5. The order of referral dated August 13, 2018, (Doc. 35) be and is hereby VACATED.

DONE this 2nd day of April, 2019.

    /s/   Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

.